06-013-07

# Harrison County Adult Detention Center

## Inmate Grievance Form

To: Grievance Officer

From: Michael Tanner   282768   A-E
   Inmate Name        Docket #   Unit

Date: 6-6-07

This is a grievance concerning:

Mr. Bartley Sanitation Supervisor, on 5-17-07 Mr Bartley told me to grab a case of Bottled water and fallow him, I grabbed the case of water and proceeded to fallow him. We got to Central Control door way and had to wait for the officer in Central to open the door. the Work Center trustees were standing In front of Central holding window, I seen a trustee I knew so I went to talk to him well Mr. Bartley started jumping up+down, screaming for me to get my ass back over there. Well as I was walking past Mr. Bartley I had the case of water on my left sholder, he snatched it off my sholder and a bottle of water flew up and hit me in my Left Eye. they took me to Medical and medical sent me to the hospital. I need to see the doctor because I still can't see good out of my Left Eye.

RECEIVED
JUN 07 2007

Michael Tanner
Inmate Signature

Inmate Grievance Form
(IGF-2)

# Harrison County Adult Detention Center

## First Step Response Form

Grievance Number  06 - 013 - 07

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: Michael Tanner 282768
Inmate Name and Docket Number

A-E
Housing Unit

From: Captain McGowin
Person to whom 1st Step is Directed

Services
Title/Location

THE SITUATION THAT YOU DESCRIBE, COULD NOT BE SUBSTANTIATED.

IF YOU NEED TO SEE A DOCTOR, YOU MUST FILL OUT A MEDICAL REQUEST. IF IT IS AN EMERGENCY - THEN CONTACT AN OFFICER OR SUPERVISOR OVER YOUR HOUSING UNIT.

6-11-07
Date

MCM
Signature

If you are not satisfied with this response, you may go to Step 2 by filling out the second step section of Form IGF-1 and sending copies of Step 1 and Step 2 to the Warden. It must be received in the Warden's office within 5 days of the date of this response.

**Instructions to respondent:** Send original IGF-1 with IGF-2 to the Grievance Officer. **Note:** A copy of all documents referenced in the response must be attached and returned to the Grievance Officer.

**Instruction to Inmate:** This original is for you to keep.
Inmate's Original

Inmate Grievance Form
(IGF-1)

# Harrison County Adult Detention Center

APPROVED JUN 2 1 2007

## Inmate Relief Request Form

Grievance Number __06__ - __013__ - __07__

Type or use ball-point pen.

To: __Captain McGowin__
First Step Respondent

HCADC / HCWC
Location – Circle One

From: __Michael Tanner  282768__
Inmate's Name and Docket Number

__A-E__
Housing Unit

__5-17-07__
Date of Incident

☐ **Accepted**   This request comes to you from the Grievance Officer. See the attached request from the inmate. Please return your response to this office within 10 days of this date.

☒ **Rejected**   Your request has been rejected for the following reason(s):
__Your Grievance is without Merit__

__6-12-07__
Date

__Deborah Whettle__
Grievance Officer

**Second Step**

On __6-12-07__ (date), I received a written response to my First Step request. I am not satisfied with this response because:
(A) Regarding Substantiated the "situation" I have been Injured possibly permanently by a hostile act that would be construed as assault and battery outside these walls by an employee of Harrison County. This situation was witnessed

Over

Therefore, I am commencing the Second Step by sending this form and the First Step response (IGF-2), to the Warden. This request must reach the Warden's office within 5 days of my receiving the First Step response.

__6-12-07__
Date

__Michael Tanner__
Signature

by several people. At least one of them will be more than willing to make a statement "Substantiating" what I stated in the grievance form. I am formally asking you to further investigate this and to provide me with additional medical evaluation. And (B) in responce to your statement regarding my filling out a request, I did that a week ago and I still haven't heard back from the nursing staff.

Inmate Grievance Form
(IGF-3)

# Harrison County Adult Detention Center

## Second Step Response Form

Grievance Number  06 - 013 - 07

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: Michael TANNER 282768           A-E
Inmate Name and Docket Number        Housing Unit

From: WARDEN CABANA                  HCADC/HCWC
Warden                               Location-Circle One

I am advised by medical staff that you have received appropriate treatment for the irritation in your I.

06-19-07
Date

Warden's Signature

This is the final step in the Inmate Grievance process.

**Instructions to Warden:** Send original and Step 2 copy to the Grievance Officer.

**Instruction to Inmate:** This original is for you to keep.

RECEIVED
JUN 21 2007

Inmate's Original